STATE of Missouri, Respondent,

v.

Charles SLAGLE, Appellant.

No. WD 46805.

Missouri Court of Appeals,
Western District.

Jan. 24, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction of sodomy, § 566.060, RSMo Supp.1993, and from denial of Rule 29.15 postconviction motion.

The conviction is affirmed, and the denial of postconviction motion is affirmed. Rules 30.25(b) and 84.16(b).